No. 91–298. ROSA ET AL. *v.* RESOLUTION TRUST CORPORATION, IN ITS CORPORATE CAPACITY AND AS RECEIVER. C. A. 3d Cir. Certiorari denied.

No. 91–361. HOSKINSON, DECEASED, THROUGH THE PERSONAL REPRESENTATIVE OF HER ESTATE, FLEMING, ET AL. *v.* CALIFORNIA ET AL. Ct. App. Ariz. Certiorari denied.

No. 91–362. DIALAMERICA MARKETING, INC. *v.* MARTIN, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 91–365. KACZMARCZYK ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 91–369. CHESSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–371. TAMPAM, INC. *v.* OGLE COUNTY BOARD OF REVIEW ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 91–374. CASO *v.* UNITED STATES; and
No. 91–626. KIELY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 935 F. 2d 1288.

No. 91–388. POWELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–402. ALABAMA ET AL. *v.* BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL.; and
No. 91–416. MINNESOTA ET AL. *v.* BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 290 U. S. App. D. C. 166, 935 F. 2d 332.

No. 91–411. STRUMINIKOVSKI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–427. STOUT *v.* BORG-WARNER CORP. ET AL. C. A. 5th Cir. Certiorari denied.